IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH D. ANTONELLA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **2:03cv1753** |
| ) | **Electronic Filing** |
| PORT AUTHORITY OF ALLEGHENY ) | |
| COUNTY, ROBYN GRAY, ) | |
| PAUL SKOUTELAS, MAUREEN BERTOCCI, ) | |
| T. KOMOROSKI, and ) | |
| WILLIAM T. McARDLE, ) | |
| ) | |
| Defendants. ) | |

O R D E R

AND NOW, this 11th day of January, 2006, after the plaintiff, Joseph D. Antonella, filed an action in the above-captioned case, and after a Motion for Summary Judgment was submitted by defendant Port Authority of Allegheny County, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that the Motion for Summary Judgment submitted by defendant Port Authority of Allegheny County [Doc. No. 16] is GRANTED.

Further, it appearing that defendant William T. McArdle and defendants Robyn Gray, Paul Skoutelas, and Maureen Bertocci have also filed Motions for Summary Judgment which plaintiff has conceded are properly granted, see Doc. No. 35,

IT IS FURTHER ORDERED that the Motion for Summary Judgment filed by William T. McArdle [Doc. No. 23] and the Motion for Summary Judgment filed by defendants

Robyn Gray, Paul Skoutelas, and Maureen Bertocci [Doc. No. 25] are GRANTED.

s/ David Stewart Cercone<br>
David Stewart Cercone<br>
United States District Judge

cc:     Honorable Amy Reynolds Hay
United States Magistrate Judge

Daniel J. Iler, Esquire
591 East Maiden Street
Washington, PA 15301

Christine M. Gass, Esquire
William L. Doepken, Esquire
Eckert Seamans Cherin & Mellott
44th Floor, U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Terrance R. Henne, Esquire
Port Authority of Allegheny County
345 Sixth Avenue
3rd Floor
Pittsburgh, PA 15222

Albert G. Feczko, Jr., Esquire
Feczko & Seymour
520 Grant Building
Pittsburgh, PA 15219