IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH D. ANTONELLA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PORT AUTHORITY OF ALLEGHENY )<br>COUNTY, ROBYN GRAY, )<br>PAUL SKOUTELAS, MAUREEN BERTOCCI, )<br>T. KOMOROSKI, and )<br>WILLIAM T. McARDLE, )<br>)<br>Defendants. ) | 2:03cv1753<br>Electronic Filing<br><br>Judge Cercone<br>Magistrate Judge Hay |

ORDER

AND NOW, this 3rd day of October, 2006, after the plaintiff, Joseph D. Antonella, filed an action in the above-captioned case, and after a Motion for Summary Judgment was submitted by defendant T. Komoroski, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that the Motion for Summary Judgment submitted by defendant T. Komoroski [Document No. 42] is GRANTED.

IT IS FINALLY ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

David Stewart Cercone
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Daniel J. Iler, Esquire
591 East Maiden Street
Washington, PA 15301

Albert G. Feczko, Jr., Esquire
Feczko & Seymour
520 Grant Building
Pittsburgh, PA 15219-2201